UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA FOSTER,<br> Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL NO. 3:02 CV 1433 (PCD)<br>: |
| MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY,<br> Defendant. | :<br>:   OCTOBER 16, 2003<br>:<br>: |

## **DEFENDANT'S NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER**

    Pursuant to the Supplemental Order Applicable to Cases Assigned to Judge Dorsey and the Court's scheduling order of July 17, 2003, the Defendant, Massachusetts Mutual Life Insurance Company, states that on October 16, 2003, timely service of copies of the following papers was made to Plaintiff's counsel, Angelo Cicchiello, Law Offices of Angelo Cicchiello, 364 Franklin Avenue, Hartford, CT 06114, by hand delivery:

  1. Defendant's Local Rule 56(a)(1) Statement;
  2. Defendant's Motion for Summary Judgment;
  3. Memorandum of Law in Support of Defendant's Motion for Summary Judgment;
  4. Affidavit of James F. Shea; and
  5. Affidavit of Karen Craig.

              THE DEFENDANT,
              MASSACHUSETTS MUTUAL LIFE
              INSURANCE COMPANY

      By: _____
          Margaret J. Strange (ct08212)
          James F. Shea (ct16750)
          Jackson Lewis LLP
          55 Farmington Avenue, Suite 1200
          Hartford, CT  06105
          (860) 522-0404

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by hand delivery on this 16th day of October, 2003, to the following counsel of record:

        Angelo Cicchiello
        Law Offices of Angelo Cicchiello
        364 Franklin Avenue
        Hartford, CT 06114
        Ph. (860) 296.3457

        _____
        James F. Shea

H:\Client Folder\M\Mass Mutual\Foster\Pld\MSJ\NoticeCompl2.doc 47003