**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

Oct 28   4 01 PH '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| JESSICA FOSTER | : | |
| | : | |
| vs. | : | CIVIL NO. 3:02CV1433 (PCD) |
| | : | |
| MASSACHUSETTS MUTUAL LIFE | : | |
| INSURANCE COMPANY | : | |

**ORDER VACATING TRIAL PREPARATION ORDER**

The Trial Preparation Order issued by this Court on October 23, 2003 [doc. no. 29], is hereby

**VACATED.**

_____
Peter C. Dorsey, U.S. District Judge
United States District Court
Dated: October 28, 2003