FILED

Oct 29  2 03 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
JESSICA FOSTER                   :
       Plaintiff         :
                         :   Civil Action No.
VS                               :   3:02CV1433(PCD)
                         :
MASSACHUSETTS MUTUAL LIFE        :
INSURANCE COMPANY,               :
                         :   OCTOBER 27, 2003
       Defendant         :
------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, Jessica Foster, in the above captioned case, hereby respectfully requests an extension of time of thirty (30) days from November 11, 2003, up to and including December 11, 2003, within which to file her objection to defendant's, Motion for Summary Judgement dated October 16, 2003. As grounds, Plaintiff counsel's office is currently working in opposing another summary judgement motion in another case pending in Federal Court, which is due on November 11, 2003. Plaintiff counsel will then require thirty (30) days to conduct the necessary legal research, review transcripts and other relevant documents to appropriately oppose the defendant's motion.

Wherefore, for the reasons enunciated above, Plaintiff counsel requests that the court grant his Motion for Extension of Time.

Defense counsel, Atty James f. Shea, has no objection to the court granting this motion.

                        THE PLAINTIFF,
                        JESSICA FOSTER

BY: _____
     Angelo Cicchiello, Her Attorney
     Law Offices of Angelo Cicchiello
     364 Franklin Ave.
     Hartford, CT 06114
     (860)296-3457
     Federal Bar No. ct 06503

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 27th day of October, 2003:

James F. Shea
Jackson Lewis, LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

                                                            _____
                                                            Angelo Cicchiello
                                                            Commissioner of the Superior Court