UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
JESSICA FOSTER          :
          Plaintiff     :
                        :
VS                      :     Civil Action No.
                        :     3:02CV1433(PCD)
MASSACHUSETTS MUTUAL LIFE  :
INSURANCE COMPANY,      :
                        :     DECEMBER 9, 2003
          Defendant     :
---------------------------------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, Jessica Foster, in the above captioned case, hereby respectfully requests an extension of time of fourteen (14) days from December 11, 2003, up to and including December 25, 2003, within which to file her objection to defendant's, Motion for Summary Judgement dated October 16, 2003. As grounds, Plaintiff counsel concluded a jury trial in Connecticut Superior Court on December 5, 2003 and is working in opposing a motion to dismiss in another case pending in Federal Court, which is due on December 8, 2003. Plaintiff counsel will require an additional fourteen (14) days to conclude the necessary legal research, review transcripts and other relevant documents to appropriately oppose the defendant's motion.

Wherefore, for the reasons enunciated above, Plaintiff counsel requests that the court grant his Motion for Extension of Time.

Defense counsel, Attorney James F. Shea, has no objection to the court granting this motion.

                           THE PLAINTIFF,
                           JESSICA FOSTER

BY:_____
      Angelo Cicchiello/Her Attorney
      Law Offices of Angelo Cicchiello
      364 Franklin Ave.
      Hartford, CT 06114
      (860)296-3457
      Federal Bar No. ct 06503

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 9th day of December, 2003:

James F. Shea
Jackson Lewis, LLP
55 Farmington Avenue
Suite 1200
Hartford, CT 06105

Angelo Cicchiello
Commissioner of the Superior Court