12/17/03. GRANTED. The plaintiff's motion for extension of time until 12/29/03 to file her objection to defendant's motion for summary judgment is hereby granted.

Peter C. Dorsey, Senior, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
JESSICA FOSTER                      :
              Plaintiff             :
                                    :   Civil Action No.
VS                                  :   3:02CV1433(PCD)
                                    :
MASSACHUSETTS MUTUAL LIFE           :
INSURANCE COMPANY,                  :
                                    :   DECEMBER 9, 2003
              Defendant             :
------------------------------------x

## MOTION FOR EXTENSION OF TIME

The plaintiff, Jessica Foster, in the above captioned case, hereby respectfully requests an extension of time of fourteen (14) days from December 11, 2003, up to and including December 25, 2003, within which to file her objection to defendant's, Motion for Summary Judgement dated October 16, 2003. As grounds, Plaintiff counsel concluded a jury trial in Connecticut Superior Court on December 5, 2003 and is working in opposing a motion to dismiss in another case pending in Federal Court, which is due on December 8, 2003. Plaintiff counsel will require an additional fourteen (14) days to conclude the necessary legal research, review transcripts and other relevant documents to appropriately oppose the defendant's motion.