UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA FOSTER,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY,<br>    Defendant. | CIVIL NO. 3:02 CV 1433 (PCD)<br><br><br>OCTOBER 15, 2003 |

## AFFIDAVIT OF KAREN CRAIG

Karen Craig, being duly sworn and according to law, deposes and says:

1. I am presently employed with Massachusetts Mutual Life Insurance Company ("Mass Mutual") as Director of Human Resources Consulting. From 1997 to September 2003, I was employed as a Human Resources Organization Consultant. In that position, my job duties included advising and counseling managers on employee relations issues and interpreting company policies and procedures for employees and managers. I also worked with employees to address concerns about work-related issues. This Affidavit is based on my personal knowledge and is submitted in support of Mass Mutual's Motion for Summary Judgment in the above matter.

2. In 2000 and 2001, Mass Mutual maintained a computer document on the company's intranet entitled People Practices Online Guide for Employees ("Online Guide"). The Online Guide was an online human resources manual which contained various Mass Mutual personnel policies. The Online Guide was available to all employees and was intended to be a resource for employees to Mass Mutual's policies.

3. A copy of the introductory page of the Online Guide is attached hereto as Exhibit 1. The bottom of the introductory page to the Online Guide contained a paragraph entitled "Disclaimer." In addition to the introductory page, Mass Mutual included this disclaimer provision at the bottom of every page of the Online Guide.

4. By clicking on the underlined text of the disclaimer statement, employees could access the full text of Mass Mutual's disclaimer policy. A copy of the full text of Mass Mutual's disclaimer policy is attached hereto as Exhibit 2.

5. Employees could also access the full disclaimer policy by utilizing a separate link on the left hand side of every page of the Online Guide. The link was contained in a rectangular box entitled "Disclaimer."

6. The Online Guide also contained Mass Mutual's Progressive Discipline policy. A copy of the Progressive Discipline policy is attached hereto as Exhibit 3.

7. The bottom of the Progressive Discipline policy contained the same contract disclaimer set forth on every other page of the Online Guide.

8. The Online Guide also contained a provision entitled "Employee Responsibilities." A copy of the Employee Responsibilities policy is attached hereto as Exhibit 4. Like every other page of the Employee Guide, the Employee Responsibilities provision also contained the short disclaimer statement at the bottom of the page and two separate links to the text of Mass Mutual's full disclaimer.

9. In 2000 and 2001, Mass Mutual also maintained a document entitled "Corporate Compliance Guide." Each year, employees are asked to electronically confirm their receipt and acceptance of terms of the Corporate Compliance Guide. Jessica Foster

electronically agreed to the terms of the Corporate Compliance Guide on October 15, 2001. A copy of Ms. Foster's electronic confirmation is attached hereto as Exhibit 5.

10. Employees at Mass Mutual receive performance evaluations called the "Performance Management Process." A PMP is a confidential document which contains personal information about an employee's job performance, strengths and weaknesses, areas of improvement and job expectations.

_____
Karen Craig

Sworn to before me this
15th day of October, 2003.

_____
Notary Public
My Commission Expires:

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by hand delivery this 16th day of October 2003, to the following counsel of record:

        Angelo Cicchiello
        Law Offices of Angelo Cicchiello
        364 Franklin Avenue
        Hartford, CT 06114

        _____
        James F. Shea

H:\Client Folder\M\Mass Mutual\Foster\Pld\MSJ\Craig Aff.doc
47003