UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA FOSTER,<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE COMPANY,<br>    Defendant. | CIVIL NO. 3:02 CV 1433 (PCD)<br><br><br><br>OCTOBER 16, 2003 |

## AFFIDAVIT OF JAMES F. SHEA

JAMES F. SHEA, being duly sworn and according to law, deposes and says:

1. I am associated with the law firm of Jackson Lewis LLP, counsel for Massachusetts Mutual Life Insurance Company, ("Defendant"), in the above-captioned matter. This Affidavit is submitted in support of Defendant's Memorandum of Law in Support of Its Motion for Summary Judgment.

2. I affirm that a true and correct copy of Plaintiff's Application for Employment dated March 9, 2000, marked as Defendant's Exhibit 2 at Plaintiff's deposition of July 3, 2003, is attached as Exhibit 1.

3. I affirm that a true and correct copy of the Plaintiff's offer letter dated March 15, 2000, marked as Defendant's Exhibit 3 at Plaintiff's deposition of July 3, 2003, is attached as Exhibit 2.

4.	I affirm that a true and correct copy of Defendant's Corporate Compliance Guide, marked as Defendant's Exhibit 4 at Plaintiff's deposition of July 3, 2003, is attached as Exhibit 3.

5.	I affirm that a true and correct copy of Plaintiff's termination letter dated December 10, 2001, marked as Defendant's Exhibit 11 at Plaintiff's deposition of July 3, 2003, is attached as Exhibit 4.

6.	I affirm that a true and correct copy of <u>Cardona v. Aetna Life & Casualty</u>, No. 3:96 CV 1009, 1998 U.S. Dist. LEXIS 7246 (D. Conn. May 8, 1998) is attached as Exhibit 5.

7.	I affirm that a true and correct copy of <u>Lombardi v. Marketing Corp. of America</u>, No. CV 91 0293281, 1994 Conn. Super. LEXIS 1383 (Conn. Super. Ct. May 23, 1994) is attached as Exhibit 6.

8.	I affirm that a true and correct copy of <u>Markgraf v. Hospitality Equity Investors</u>, No. 30 85 01, 1993 Conn. Super. LEXIS 426 (Conn. Super. Feb. 18, 1993) is attached as Exhibit 7.

9.	I affirm that a true and correct copy of <u>Grieco v. Hartford Courant Co.</u>, No. CV 90 0372593 S, 1993 Conn. Super. LEXIS 298 (Conn. Super. Ct. Jan. 29, 1993) is attached as Exhibit 8.

10.	I affirm that a true and correct copy of <u>Wallace v. Gaylord Farm Assoc.</u>, No. CV 89-0233770S, 1992 Conn. Super. LEXIS 2397 (Conn. Super. Ct. Aug. 10, 1992) is attached as Exhibit 9.

11. I affirm that a true and correct copy of <u>Vasquez v. New Britain General Hosp.</u>, No. 95-7740, 1996 U.S. App. LEXIS 6197 (2d Cir. Apr. 1, 1996) is attached as Exhibit 10.

12. I affirm that a true and correct copy of <u>McCabe v. Sears, Roebuck and Co.</u>, No. 89-CV-72187, 1990 U.S. Dist. LEXIS 19743 (E.D.Mich. May 30, 1990) is attached as Exhibit 11.

13. I affirm that a true and correct copy of <u>Kelly v. U.S. Shoe Corp.</u>, No. CV 93 042492S, 1993 Conn. Super. LEXIS 2926 (Conn. Super. Ct. Nov. 5, 1993) is attached as Exhibit 12.

14. I affirm that a true and correct copy of <u>Esposito v. Connecticut Coll.</u>, No. X04CV 970117504S, 2000 Conn. Super. LEXIS 2305 (Conn. Super. Ct. Sept. 1, 2000) is attached as Exhibit 13.

15. The Defendant's Memorandum is premised, in part, on the testimony adduced at the Plaintiff's deposition. I affirm that true and correct copies of the pages from the deposition of the Plaintiff Jessica Foster, dated July 3, 2003, cited in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, are attached as Exhibit 14.

16. The Defendant's Memorandum is premised, in part, on the testimony adduced at witness depositions. I affirm that true and correct copies of the pages from the deposition of Timothy Allen, dated July 23, 2003, cited in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, are attached as Exhibit 15.

17. The Defendant's Memorandum is premised, in part, on the testimony adduced at witness depositions. I affirm that true and correct copies of the pages from the

deposition of Jennifer Bates, dated July 22, 2003, cited in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, are attached as Exhibit 16.

       18.    The Defendant's Memorandum is premised, in part, on the testimony adduced at witness depositions.  I affirm that true and correct copies of the pages from the deposition of Karen Craig, dated September 5, 2003, cited in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, are attached as Exhibit 17.

                                                                                                                          _____

                                                                                                       James F. Shea

Sworn to before me
this _____ day of October, 2003.

_____
Notary Public
My Commission Expires:

4

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent via regular mail, postage prepaid, on this 16th day of October, 2003, to the following counsel of record:

>Angelo Cicchiello
>Law Offices of Angelo Cicchiello
>364 Franklin Avenue
>Hartford, CT 06114
>Ph. (860) 296.3457

_____
James F. Shea

H:\Client Folder\M\Mass Mutual\Foster\Pld\MSJ\Shea Aff.doc
47003