### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

Apr 19  7 ss AM '04

JESSICA FOSTER

v.

Civil No.  3:02 CV 1433 (PCD)

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

### JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 14, 2004, entered a Ruling on Defendant's Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 16th day of April, 2004.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 4/19/04